UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES JOSEPH JULUKE, JR. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | 3:16-cv-01200 |
| BROADWAY COMMONS, LTD. | § | |

STIPULATION OF PARTIES REGARDING
DEFENDANT'S RESPONSIVE PLEADING DATE

James Joseph Juluke, Jr. and Broadway Commons, Ltd. file this Stipulation of Parties Regarding Defendant Broadway Commons, Ltd.'s Responsive Pleading Date, as follows:

The parties agree and stipulate that the deadline for Defendant Broadway Commons, Ltd. to file a responsive pleading to Plaintiffs' Original Complaint is September 15, 2016.

Dated: July 29, 2016.

                                        **Respectfully submitted,**

                                        **COBB MARTINEZ WOODWARD PLLC**
                                        1700 Pacific Avenue, Suite 3100
                                        Dallas, Texas 75201
                                        (214) 220-5210
                                        (214) 220-5260 (Fax)


           By:   */s/ Stacy H. Bruce*
                                   **STACY H. BRUCE**
                                   Texas Bar No. 24036793
                                   email: sbruce@cobbmartinez.com

                                 **ATTORNEYS FOR DEFENDANT**

**KU & MUSSMAN, P.A.**
6001 NW 153rd Street, Suite 100
Miami Lakes, Florida 33014
Tel: (305) 891-1322
Fax: (305) 891-4512

By: */s/ Louis I. Mussman*
    **LOUIS I. MUSSMAN**
    email: brian@kumussman.com

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means: Louis Mussman and Seth Crosland.

*/s/ Stacy H. Bruce*
**STACY H. BRUCE**