UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES JOSEPH JULUKE, JR. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. |
| | § | 3:16-cv-01200 |
| BROADWAY COMMONS, LTD. | § | |

### SECOND STIPULATION OF PARTIES REGARDING
### DEFENDANT'S RESPONSIVE PLEADING DATE

James Joseph Juluke, Jr. and Broadway Commons, Ltd. file this Second Stipulation of Parties Regarding Defendant Broadway Commons, Ltd.'s Responsive Pleading Date, as follows:

The parties agree and stipulate that the deadline for Defendant Broadway Commons, Ltd. to file a responsive pleading to Plaintiffs' Original Complaint is October 25, 2016.

Dated: September 12, 2016.

                                            **Respectfully submitted,**

                                            **COBB MARTINEZ WOODWARD PLLC**
                                            1700 Pacific Avenue, Suite 3100
                                            Dallas, Texas 75201
                                            (214) 220-5210
                                            (214) 220-5260 (Fax)


By:  */s/ Stacy H. Bruce*
          **STACY H. BRUCE**
          Texas Bar No. 24036793
          email: sbruce@cobbmartinez.com

                                            **ATTORNEYS FOR DEFENDANT**

                **KU & MUSSMAN, P.A.**
                6001 NW 153rd Street, Suite 100
                Miami Lakes, Florida 33014
                Tel: (305) 891-1322
                Fax: (305) 891-4512

By: */s/ Louis I. Mussman*
     **LOUIS I. MUSSMAN**
     email: brian@kumussman.com

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

     I hereby certify that on September 12, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means: Louis Mussman and Seth Crosland.

                */s/ Stacy H. Bruce*
                **STACY H. BRUCE**