# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JAMES JOSEPH JULUKE, JR., an individual, | ) ) ) |
| Plaintiff, | ) Case No.:   3:16-cv-01200-D ) ) |
| v. | ) ) |
| BROADWAY COMMONS, LTD., a Texas Limited Partnership, | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT BROADWAY COMMONS, LTD.

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice as to Defendant Broadway Commons, Ltd. and each party shall bear its respective fees and costs.

Respectfully Submitted,

KU & MUSSMAN, P.A.

By: /s/ Louis Mussman             .
Louis I. Mussman, Esq.
Florida Bar No. 597155
N.D.TX Bar No. 597155FL
Ku & Mussman, P.A.
6001 NW 153rd Street, Suite 100
Miami Lakes, FL 33014
Tel: (305) 891-1322
Fax: (305) 891-4512
Louis@KuMussman.com

and

Seth Crosland, Esq.
*Local Counsel*

>Brandy Austin Law Firm, PLLC
>2404 Roosevelt Drive
>Arlington, Texas 76016
>Texas Bar No. 24069551
>Tel: (817) 841-9906
>Fax: (817) 484-0280
>seth@brandyaustinlaw.com
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

>Stacy Bruce
>Cobb Martinez Woodward PLLC
>1700 Pacific Avenue, Suite 3100
>Dallas, Texas 75201

>By:    */s/ Louis I. Mussman*
>          Louis I. Mussman, Esq.